EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00453 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 922(g)(9); |
| | ) | 924(a)(2)] |
| EARL A. SERRAO, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*SEALED BY ORDER OF THE COURT*

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about June 3, 2001, in the District of Hawaii, defendant, EARL A. SERRAO, JR., having been convicted in any court of a misdemenor crime of domestic violence, did knowingly

possess in and affecting commerce, a firearm, to wit, a M1 .30 caliber carbine rifle, serial number 2002326.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### COUNT 2

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about June 3, 2001, in the District of Hawaii, defendant, EARL A. SERRAO, JR., having been convicted in any court of a misdemenor crime of domestic violence, did knowingly possess in and affecting commerce, ammunition, to wit, 8 rounds of .30 caliber ammunition.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: September 10, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant United States Attorney

U.S.A. v. Earl A. Serrao, Jr.
Cr. No. _____
"Indictment"